```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10|21|19
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SECURITIES AND EXCHANGE COMMISSION,                    12-Civ-08987 (RA)

                                        Plaintiff,

v.

HUAKANG ZHOU (a/k/a DAVID ZHOU), and
WARNER TECHNOLOGY
AND INVESTMENT CORPORATION

                                        Defendants.

## SATISFACTION OF JUDGMENT

Whereas the Court entered a Judgment against Defendant Huakang Zhou (a/k/a David Zhou) ("Zhou") and Warner Technology and Investment Corporation, dated October 15, 2013, to pay disgorgement of $983,375, together with prejudgment interest of $82,499 for a total of $1,065,842, and Defendant Huakang Zhou (a/k/a David Zhou) to a pay civil penalty of $400,000 (the "Judgment"); and

Whereas Zhou has complied with the Judgment by making those payments to the Commission;

Commission Counsel requests that the Clerk of the Court enter a satisfaction of the Judgment.

Dated:      New York, New York
            October ___, 2019

                              _____
                              Judith A. Weinstock
                              Assistant Regional Director
                              Securities and Exchange Commission
                              New York Regional Office
                              200 Vesey Street, Room 400
                              New York, NY 10281-1022
                              Tel.:       212-336-9078
                              E-mail:     weinstockj@sec.gov

STATE OF NEW YORK      )
                       ) ss.:
COUNTY OF NEW YORK  )

On this *18* day of October, 2019, before me personally came Judith A. Weinstock, to me known and known to me to be attorney for the Securities and Exchange Commission, petitioner in the above-entitled action, and to be the same person described in and who executed the within satisfaction of judgment and acknowledged to me that she executed the same.

In witness whereof I hereunto set my hand and official seal.

_____
Notary Public

VICTOR SUTHAMMANONT
Notary Public, State of New York
No. 02SU6141212
Qualified in New York County
Certified In New York County
Commission Expires February 21, 2022

2